FID 10659769
2175-0729- 115-J

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| United States of America | ) |
|---|---|
| v. | ) |
| Luis Colindres | ) Case No. 3:18-cr-00293-8 Judge Richardson |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Luis Colindres,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:1962(d) Racketeer influenced corrupt organization-RICO Conspiracy
21:846 Conspiracy to distribute and possession with intent to distribute 500 grams or more of cocaine and marijuana
18:1959(a)(5) Conspiracy to Commit Murder in Aid of Racketeering
18:1959(a)(1) and 18:2 Murder in aid of racket...

Date: 07/26/2021

*Jeremy Medley*
Issuing officer's signature

City and state: Nashville, TN
Jeremy Medley, Criminal Case Administrator
*Printed name and title*

### Return

This warrant was received on *(date)* 7-29-21, and the person was arrested on *(date)* 8-10-21
at *(city and state)* Nashville, TN.

Date: 8-10-21

*Marty Magnon*
Arresting officer's signature

Marty Magnon DUSM
*Printed name and title*