IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Criminal Case: 3:18-CR-293 |
| vs. | ) | |
| | ) | JUDGE RICHARDSON |
| LUIS COLINDRES | ) | |

## MOTION FOR SEALED FILING

Comes now Defendant, by and through counsel, and moves this Honorable Court pursuant to Local Rule 5.03 and Administrative Practices and Procedures for ECF Filing § 5.07 to authorize Defendant to make a sealed, *ex parte* filing. The proposed sealed filing will be the next docket entry after this one.

Respectfully submitted,

*s/ Kyle Mothershead*
Kyle Mothershead, BPR 22953
2901 Dobbs Ave.
Nashville, TN 37211
T: (615) 730-8619 / F: (615) 229-6387
E: kyle@mothersheadlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on **August 12, 2021** a copy of the foregoing **Motion for Sealed Filing** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including **Assistant U.S. Attorney Ahmed Safeeullah**, **Counsel for the Government**, at Ahmed.Safeeullah@usdoj.gov. Parties may access this filing through the Court's electronic filing system.

*s/ Kyle Mothershead*
Kyle Mothershead, BPR 22953

1