IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Criminal Case: 3:18-CR-293 |
| vs. | ) | |
| | ) | JUDGE RICHARDSON |
| LUIS COLINDRES | ) | |

> The motion is granted. From the face of the sealed filing, it is clear that the legitimate interests in favor of sealing outweigh the interests of the public in accessing the document. The Clerk is directed to file Doc. No. 200 ex parte and under seal.
>
> *Eli Richardson*

## MOTION FOR SEALED FILING

Comes now Defendant, by and through counsel, and moves this Honorable Court pursuant to Local Rule 5.03 and Administrative Practices and Procedures for ECF Filing § 5.07 to authorize Defendant to make a sealed, *ex parte* filing. The proposed sealed filing will be the next docket entry after this one.

Respectfully submitted,

*s/ Kyle Mothershead*
Kyle Mothershead, BPR 22953
2901 Dobbs Ave.
Nashville, TN 37211
T: (615) 730-8619 / F: (615) 229-6387
E: kyle@mothersheadlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on **August 12, 2021** a copy of the foregoing **Motion for Sealed Filing** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including **Assistant U.S. Attorney Ahmed Safeeullah**, **Counsel for the Government**, at Ahmed.Safeeullah@usdoj.gov. Parties may access this filing through the Court's electronic filing system.

*s/ Kyle Mothershead*
Kyle Mothershead, BPR 22953