PROSECUTOR: Derry Gordon Baltimore
DEFENDANT: Luis Miguel Colindres-Varela
VICTIM: Hector Pagada

## STATE OF TENNESSEE, COUNTY OF DAVIDSON
## AFFIDAVIT
## CRIMINAL HOMICIDE
## T.C.A. 39-13-201

Personally appeared before me, the undersigned [Select one] _x_ Commissioner ___ Metropolitan General Sessions Judge, the prosecutor named above and made oath in due form of law that   [Select one] _x_ he ___ she [Select one] ___ personally observed _x_ has probable cause to believe that the defendant named above on 09/29/2017 in Davidson County, did unlawfully kill the victim named above and upon him/her did commit an offense of criminal homicide. *The probable cause is as follows*:

On 9-24-17 at 06:30 Police were called to 311 Natchez Ct on a shooting call. Upon arrival, Police found a black Lincoln MKS in the parking lot with two victim's inside. The victims were Hector Pagada and Yeri Gabino. Both victims' had been shot multiple times. They were declared deceased on the scene by medical personnel. Video surveillance from the apartment complex showed a white Chevrolet Traverse pull into the parking lot behind the victim's car. The Chevrolet Traverse pulled around the victim's car and blocked it. Suspects then got out of the Chevrolet Traverse and fired shots into the victim's vehicle. The suspect vehicle then fled the scene. On the date, 9-27-17, Oscar Delgado Flores came to the South Station for an interview, and implicated himself in the incident. He admitted to being the driver of the white Chevrolet Traverse that was involved in the shooting. He then stated that Luis Colindres was one of the people that shot the victims. Interviews with Pedro Tineo and Carrie Hughes also put Luis Colindres in the white Chevrolet Traverse at the time of the shooting.

Prosecutor: Derry Gordon Baltimore  0000003178
200 James Robertson Parkway
Nashville, Tennessee 37201

## ARREST WARRANT

Information on oath having been made, that on the day and year aforesaid, and in the County aforesaid, the offense of Homicide - Criminal FELONY, as aforesaid, has been committed and charging the defendant thereof, you are therefore commanded, in the name of the State, forthwith to arrest and bring the defendant before a judge of the Court of General Sessions of Davidson County, Tennessee, to answer the above charge.

Sworn to and subscribed before me on 09/29/2017 11:13:41

Steve Holzapfel
Judge of the Metropolitan General Sessions Court/Commissioner

COMPLAINT NUMBER: 2017-0847244                    WARRANT NUMBER: GS829609

PROSECUTOR: Derry Gordon Baltimore
DEFENDANT: Luis Miguel Colindres-Varela
VICTIM: Yeri Gabino

## STATE OF TENNESSEE, COUNTY OF DAVIDSON
## AFFIDAVIT
## CRIMINAL HOMICIDE
## T.C.A. 39-13-201

Personally appeared before me, the undersigned [Select one] __x_ Commissioner ___ Metropolitan General Sessions Judge, the prosecutor named above and made oath in due form of law that [Select one] __x_ he ___ she [Select one] ___ personally observed __x_ has probable cause to believe that the defendant named above on 09/29/2017 in Davidson County, did unlawfully kill the victim named above and upon him/her did commit an offense of criminal homicide. *The probable cause is as follows*:

On 9-24-17 at 06:30 Police were called to 311 Natchez Ct on a shooting call. Upon arrival, Police found a black Lincoln MKS in the parking lot with two victim's inside. The victims were Hector Pagada and Yeri Gabino. Both victims' had been shot multiple times. They were declared deceased on the scene by medical personnel. Video surveillance from the apartment complex showed a white Chevrolet Traverse pull into the parking lot behind the victim's car. The Chevrolet Traverse pulled around the victim's car and blocked it. Suspects then got out of the Chevrolet Traverse and fired shots into the victim's vehicle. The suspect vehicle then fled the scene. On the date, 9-27-17, Oscar Delgado Flores came to the South Station for an interview, and implicated himself in the incident. He admitted to being the driver of the white Chevrolet Traverse that was involved in the shooting. He then stated that Luis Colindres was one of the people that shot the victims. Interviews with Pedro Tineo and Carrie Hughes also put Luis Colindres in the white Chevrolet Traverse at the time of the shooting.

Prosecutor: Derry Gordon Baltimore  0000003178
200 James Robertson Parkway
Nashville, Tennessee 37201

## ARREST WARRANT

Information on oath having been made, that on the day and year aforesaid, and in the County aforesaid, the offense of Homicide - Criminal FELONY, as aforesaid, has been committed and charging the defendant thereof, you are therefore commanded, in the name of the State, forthwith to arrest and bring the defendant before a judge of the Court of General Sessions of Davidson County, Tennessee, to answer the above charge.

Sworn to and subscribed before me on 09/29/2017  11:14:44

Steve Holzapfel
Judge of the Metropolitan General Sessions Court/Commissioner