> The motion is granted. From the face of the sealed filing, it is clear that the legitimate interests in favor of sealing outweigh the interests of the public in accessing the document. The Clerk is directed to file Doc. No. 431 under seal.
>
> *Eli Richardson*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:18-cr-00293 |
| | ) | |
| [8] LUIS COLINDRES, | ) | Judge Richardson |
| Defendant. | ) | |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE SEALED DOCUMENT**

COMES NOW the United States of America, by and through Thomas J. Jaworski, Attorney for the United States[1], David L. Jaffe, Chief of the Organized Crime and Gang Section of the Department of Justice, Assistant United States Attorneys Ahmed Safeeullah and Brooke Farzad, and Trial Attorney Matthew K. Hoff, and respectfully requests leave to file the following Response under seal because the response contains information that is not meant for public disclosure. The "Administrative Practices and Procedures for Electronic Case Filing (ECF)" adopted by this Court in Administrative Order #167 at Section 5.07 requires a party seeking to file documents under seal to electronically file a Motion for Leave of Court to do so. The Government's Response is filed contemporaneously herewith.

Respectfully submitted,

THOMAS J. JAWORSKI
Attorney for the United States Acting Under
Authority Conferred by 28 U.S.C. § 515
*/s/ Ahmed A. Safeeullah*
Ahmed A. Safeeullah
Brooke C. Farzad
Assistant U.S. Attorneys
110th Avenue South, A96l
Nashville, TN 37203 Phone: (615) 736-5151

---
[1] Acting under Authority Conferred by 28 U.S.C. § 515.