UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LUIS COLINDRES | Case No. 3:18-cr-00293-8<br><br>Judge Richardson, E.J. |

## UNOPPOSED MOTION FOR AUTHORIZATION AND RELEASE OF SEALED DOCKET MATERIALS TO APPELLATE COUNSEL

WHEREFORE, pursuant to Administrative Order No. 198 of this Court, the clerk's office is precluded from releasing sealed materials to "any person" in the absence of a court order; and

WHEREFORE, the undersigned counsel has been appointed by the U.S. Court of Appeals for the Sixth Circuit, to represent the above-named Defendant, Mr. Luis Colindres, in his direct appeal from the instant proceeding; and

WHEREFORE, the undersigned counsel must be permitted to access and review sealed docket entries from the instant proceeding for the purpose of perfecting the appeal; and

WHEREFORE, the government has been apprised of this motion, and does not oppose the release of all sealed docket entries relating to Mr. Colindres to the undersigned counsel;

It is hereby requested that this Court enter an order, authorizing the clerk's office to release any and all sealed docket materials from the above-captioned proceeding to the undersigned counsel.

Dated: June 29, 2024

Respectfully submitted,

/s/ Agatha M. Cole

Agatha M. Cole
BEVERLY PLLC
43 West 43rd Street, Suite 159
New York, NY 10036
(917) 524-8055
agatha@beverlypllc.com

*Counsel for Appellant-Defendant,*
    *Luis Colindres*